The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BRENT BESANCON and AMANDA BESANCON,<br><br>                     Plaintiffs,<br><br>      v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>                  Defendant. | Case No. 2:26-cv-01020<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>**NOTE ON MOTION CALENDAR: 05/07/2026** |

## <u>JOINT MOTION TO AMEND SCHEDULING ORDER</u>

The parties jointly move the court to amend the current scheduling order (ECF 3).

Defendant has not yet appeared in this action.  However, consistent with the current scheduling order, Counsel for the parties held an FRCP 26(f) conference on May 4, 2026.  At that conference, the parties discussed the current status of Plaintiffs' insurance claim and the potential for settlement of Plaintiffs' claims.  Plaintiffs are still in the process of collecting information and documents to support their insurance claim and Safeco will need time to review those documents upon receipt to process the claim.  Accordingly, the parties request an extension of the current scheduling deadlines to permit the parties to explore resolution of the claim without incurring potentially unnecessary litigation expense.

This motion is not submitted for the purposes of delay and will not prejudice either party.

///

JOINT MOTION TO AMEND SCHEDULING ORDER       1

335348634v.1

The parties respectfully request that the Court amend the current scheduling order (ECF 3) as follows:

- The deadline for initial disclosures pursuant to FRCP 26(a)(1) is extended from May 11, 2026 to July 13, 2026;

- The deadline for a combined joint status report and discovery plan is extended from May 18, 2026 to July 20, 2026.

IT IS SO STIPULATED:

DATED: May 7, 2026.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: *s/Lloyd Bernstein*
Lloyd Bernstein, WSB #46244
Lloyd.Bernstein@wilsonelser.com

*Attorney for Defendant*

DATED: May 7, 2026.

GORDON TILDEN THOMAS & CORDELL LLP

By: *s/Brendan Winslow-Nason*
Brendan Winslow-Nason, WSBA #39328
bwinslow-nason@gordontilden.com
Liam F. McKeegan, WSBA #61206
lmckeegan@gordontilden.com

*Attorney for Plaintiffs*

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax 971.352.3019

335348634v.1

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENT BESANCON and AMANDA BESANCON,

Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF ILLINOIS,

Defendant.

Case No. 2:26-cv-01020

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

This matter came before the Court on the Joint Motion to Amend Scheduling Order.  The Court has considered the motion.

IT IS HEREBY ORDERED that the Joint Motion is

GRANTED. Dated this 11th day of May, 2026.

_____
UNITED STATES DISTRICT COURT
JUDGE RICARDO S. MARTINEZ

ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER  1

**Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax 971.352.3019

335391873v.1

Presented by:

WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP

By: _____
Lloyd Bernstein, WSB #46244
Lloyd.Bernstein@wilsonelser.com

ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER  2     **Wilson Elser Moskowitz Edelman & Dicker LLP**
805 SW Broadway, Suite 2460
Portland, Oregon 97205
Telephone: 971.352.3030 • Fax 971.352.3019

335391873v.1